NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JEAN D. WATSON,**
*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent*

---

2026-1019

---

Petition for review of the Merit Systems Protection Board in No. PH-0842-25-0105-I-1.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Jean D. Watson's failure to pay the filing fee (or to a motion seeking leave to proceed *in forma pauperis*); file the Statement Concerning Discrimination under Federal Circuit Rule 15(c); and file a Notice of Unrepresented Person Appearance under Federal Circuit Rule 47.3, *see* ECF No. 3 (noting missing documents),

2                                                                    WATSON v. OPM

IT IS ORDERED THAT:

(1)  This matter is dismissed for failure to prosecute.

(2)  All pending motions are denied.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

November 14, 2025
Date